UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

NORMAN DALE BEACH,

    Defendant.

Case No. 3:24-cr-51-6

District Judge Michael J. Newman

**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO TRAVEL (Doc. No. 300)**

On May 7, 2025, the Court held a conference on Defendant Norman Dale Beach's motion to travel. Doc. No. 300. During the conference, the parties reiterated that the motion is unopposed. The Court **GRANTS** Defendant's unopposed. Defendant may travel to Hocking Hills for his honeymoon on May 17, 2025. Defendant is **ORDERED** to return home on May 18, 2025. The Court **DIRECTS** Pretrial Services Officer Mr. Josh Bohman to make the necessary arrangements.

    **IT IS SO ORDERED.**

May 8, 2025

s/*Michael J. Newman*
Hon. Michael J. Newman
United States District Judge